**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. K. ANDERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>SYSTEMS TECHNOLOGIES,<br>INC., A CORPORATION,<br>DOES 1-10, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 13-00178-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 1, 2013

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge